UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHEDRICK OWEN GRAVES,<br><br>Petitioner<br><br>vs.<br><br>JUSTIN ANDREWS,<br><br>Respondent. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:19-CV-2053-FL** |

**Decision by Court.**

This action came before Honorable Louise W. Flanagan, United States District Judge, for an initial review pursuant to 28 U.S.C. § 2243.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES the petition without prejudice. Accordingly, the court DENIES a certificate of appealability.

This Judgment filed and entered on November 14, 2019, and copies to:
Shedrick Owen Graves, 57061-083, Butner Medium II – F.C.I., P.O. Box 1500, Butner, NC 27509 (via U.S. Mail)

November 14, 2019

Peter A. Moore, Jr.
Clerk of Court

By: Susan K. Edwards
Deputy Clerk